NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VAHID ASRARI,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2017-1064

---

Petition for review of the Merit Systems Protection Board in No. DE-1221-15-0392-W-1.

---

**JUDGMENT**

---

RACHEL J. ELSBY, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for petitioner. Also represented by RYAN STRONCZER; STEVEN D. MASLOWSKI, Philadelphia, PA.

ZACHARY JOHN SULLIVAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 8, 2018             /s/ Peter R. Marksteiner
      Date                    Peter R. Marksteiner
                              Clerk of Court